IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 1 2 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 04-cv-02490-ZLW

ARTHUR BUNDY,

       Plaintiff,

v.

JOE STOMMEL,
JOSEPH ORTIZ,
MICHAEL DUNLAP,
BURL MCCULLAR, and
DWIGHT MARTINEZ,

       Defendants.

---

## ORDER REINSTATING AND DRAWING CASE TO A DISTRICT JUDGE AND TO A MAGISTRATE JUDGE

---

This civil action is reinstated in accordance with the mandate issued on March 21, 2006, by the United States Court of Appeals for the Tenth Circuit (Tenth Circuit), reversed the order and judgment of dismissal filed on February 2, 2005, and remanded this action for further proceedings in this Court. Accordingly, it is

ORDERED that this civil action is reinstated pursuant to the mandate issued on March 21, 2006, by the United States Court of Appeals for the Tenth Circuit. It is

FURTHER ORDERED that the motion for Court-ordered issuance of summons and service by the United States Marshal submitted by Plaintiff Arthur Bundy and filed with the Court on April 3, 2006, is denied as premature. It is

Dockets.Justia.com

FURTHER ORDERED that the case is drawn to a district judge and to a magistrate judge for further proceedings in this Court.

DATED at Denver, Colorado, this ___11___ day of _____April_____, 2006.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 04-cv-02490-ZLW

Arthur Bundy
Prisoner No. 67766
Kit Carson Corr. Center
PO Box 2000
Burlington, CO 80807

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on _____ 4-12-06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk