IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 1 2 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 04-cv-02490-ZLW

ARTHUR BUNDY,

          Plaintiff,

v.

JOE STOMMEL,
JOSEPH ORTIZ,
MICHAEL DUNLAP,
BURL MCCULLAR, and
DWIGHT MARTINEZ,

          Defendants.

_____

ORDER REINSTATING AND DRAWING CASE
TO A DISTRICT JUDGE AND TO A MAGISTRATE JUDGE

_____

          This civil action is reinstated in accordance with the mandate issued on March

21, 2006, by the United States Court of Appeals for the Tenth Circuit (Tenth Circuit),

reversed the order and judgment of dismissal filed on February 2, 2005, and remanded

this action for further proceedings in this Court.  Accordingly, it is

          ORDERED that this civil action is reinstated pursuant to the mandate issued on

March 21, 2006, by the United States Court of Appeals for the Tenth Circuit.  It is

          FURTHER ORDERED that the motion for Court-ordered issuance of summons

and service by the United States Marshal submitted by Plaintiff Arthur Bundy and filed

with the Court on April 3, 2006, is denied as premature.  It is

FURTHER ORDERED that the case is drawn to a district judge and to a

magistrate judge for further proceedings in this Court.

DATED at Denver, Colorado, this _11_ day of _____April_____, 2006.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 04-cv-02490-ZLW

Arthur Bundy
Prisoner No. 67766
Kit Carson Corr. Center
PO Box 2000
Burlington, CO 80807

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on ___4-12-06___

GREGORY C. LANGHAM, CLERK

By: _____
            Deputy Clerk