IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02490-MSK-CBS

ARTHUR BUNDY,

    Plaintiff,

v.

JOE STOMMEL,
JOSEPH ORTIZ,
MICHAEL DUNLAP,
BURL MCCULLAR, and
DWIGHT MARTINEZ,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 2 6 2006

GREGORY C. LANGHAM
CLERK

---

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated this 26th day of April 2006.

BY THE COURT:

*Marcia A. Krieger*

Marcia S. Krieger
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 04-cv-02490-MSK-CBS

Arthur Bundy
Prisoner No. 67766
Kit Carson Corr. Center
PO Box 2000
Burlington, CO 80807

Joe Stommel, Joseph Ortiz,
Michael Dunlap, Burl McCullar,
and Dwight Martinez -- WAIVER
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

Paul Sanzo, Asst. Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on Joe Stommel, Joseph Ortiz, Michael Dunlap, Burl McCullar, and Dwight Martinez: COMPLAINT FILED 12/3/04, ORDER FILED 4/12/06, SUMMONS, WAIVER, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 4/26/06.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk